**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE:**<br><br>KIM DOWNS<br><br>Debtor | Case No. 15-31561<br><br>Chapter 13<br><br>Judge Laura K. Grandy |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

**NOW COMES** FEDERAL NATIONAL MORTGAGE ASSOCIATION, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) and §1301(c) for an Order granting Movant relief from the automatic stay and co-debtor stay and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and venue is fixed in this Court pursuant to 28 U.S.C. Section 1409;

2. On 10/5/15, Debtor filed this case resulting in the imposition of an automatic stay pursuant to 11.U.S.C. §362 of the Bankruptcy Code;

3. Prior to the filing of this case, a foreclosure sale of the real estate commonly known as 3521 Steinberg Farm Road, Belleville, IL 62226 (hereinafter "Subject Property") was completed and confirmed (See Attached Order Approving Report of Sale and for Possession);

4. The Voluntary Petition filed herein indicates that Debtor continues to reside in the Subject Property;

5. Relief from the automatic stay is required in order to proceed with any action to evict or remove Debtor from the Subject Property;

6. Movant is entitled to relief from stay under the following reasons:
   a. Movant is owner of property and wishes to assert its possessory rights;

b. There is no equity in the Subject Property;

c. The Subject Property is not necessary for an effective reorganization;

7. This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

8. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding as follows:

$850.00 for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

$176.00 for Court filing fee

9. That the subject note and mortgage are co-signed by Gerald Hawthorne and that to the extent that the co-debtor stay of 11 U.S.C. §1301 applies to real estate loans, it applies to Gerald Hawthorne and grounds exist for relief therefrom under 11 U.S.C. §1301(c)(1) as the co-debtor received an ownership interest in the house and under 11 U.S.C. §1301(c)(3) if the automatic stay is modified therein;

**WHEREFORE,** FEDERAL NATIONAL MORTGAGE ASSOCIATION prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) and Section 1301(c) modifying the automatic stay and co-debtor stay as to Movant, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this October 30, 2015.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ MaryAnn Kier

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
MaryAnn G. Kier #59899MO

**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-09-33179)**

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE:**<br>KIM DOWNS<br><br>DEBTOR, | Case No. 15-31561<br>Chapter 13<br>Judge Laura K. Grandy |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on October 30, 2015 and as to the debtor and co-debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on October 30, 2015.

Russell C Simon, Chapter 13 Trustee, 24 Bronze Pointe, Swansea, IL 62226 by electronic notice through ECF
Kim Downs, Pro Se Debtor, 3521 Steinberg Farm Road, Swansea, IL 62226
Gerald Hawthorne, Co-Debtor, 3521 Steinberg Farm Road, Belleville, IL 62226
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

/s/ MaryAnn Kier
Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
MaryAnn G. Kier #59899MO
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-09-33179)**

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE:**<br>KIM DOWNS<br><br>DEBTOR, | Chapter 13<br>Case No. 15-31561<br>Judge Laura K. Grandy |

## SUMMARY OF EXHIBITS

The following exhibit(s) pertain to the Motion for Relief from the Automatic Stay filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION on October 30, 2015:

1. Note / Mortgage

/s/ MaryAnn Kier
Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
MaryAnn G. Kier #59899MO
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on October 30, 2015 and as to the debtor and co-debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on October 30, 2015.

Russell C Simon, Chapter 13 Trustee, 24 Bronze Pointe, Swansea, IL 62226 by electronic notice through ECF
Kim Downs, Pro Se Debtor, 3521 Steinberg Farm Road, Swansea, IL 62226
Gerald Hawthorne, Co-Debtor, 3521 Steinberg Farm Road, Belleville, IL 62226
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

/s/ MaryAnn Kier

*A02266333 2*
A02266333
MICHAEL T. COSTELLO
RECORDER OF DEEDS
ST. CLAIR COUNTY
BELLEVILLE, IL
05/27/2011 01:58:40PM
RHSP FEE: 10.00
TOTAL FEE: $30.00
PAGES: 2

# PRIVATE SALE DEED

THE GRANTOR, The Private Sales Corporation, an Illinois Corporation, pursuant to and under the authority conferred by the provisions of an Order Appointing Selling Officer and a Judgment entered by the Circuit Court of St. Clair County, Illinois, on June 24, 2010, in Case No. 10 CH 00491, entitled ONEWEST BANK, FSB vs. GERALD HAWTHORNE, et al, and pursuant to which the premises hereinafter described were sold at public sale pursuant to notice given in compliance with 735 ILCS 5/15-1507(c) by said grantor on April 25, 2011, does hereby grant, transfer, and convey to **FEDERAL NATIONAL MORTGAGE ASSOCIATION, by assignment** the following described real estate situated in the County of St. Clair, in the State of Illinois, to have and to hold forever:

**LOT 34 OF WOODFIELD LAKE ESTATES 1ST ADDITION, REFERENCE BEING HAD TO THE PLAT THEREOF RECORDED IN THE RECORDER'S OFFICE OF ST. CLAIR COUNTY, ILLINOIS IN BOOK OF PLATS 105 ON PAGE 5, SITUATED IN ST. CLAIR COUNTY, ILLINOIS.**

Commonly known as 3521 STEINBERG FARM ROAD, BELLEVILLE, IL 62226

Property Index No. 08-10-0-205-016 -JR

Grantor has caused its name to be signed to those present by its Chief Executive Officer on this 24th day of May, 2011.

**The Private Sales Corporation**

FEDERAL NATIONAL MORTGAGE ASSOCIATION
P. O. BOX 650043
DALLAS, TX 75265-0043

Nancy R. Vallone
Chief Executive Officer

State of IL, County of COOK ss, I, Kristin M Smith, a Notary Public, in and for the County and State aforesaid, do hereby certify that Nancy R. Vallone, personally known to me to be the Chief Executive Officer of The Private Sales Corporation, appeared before me this day in person and acknowledged that as such Chief Executive Officer he/she signed and delivered the said Deed pursuant to authority given by the Board of Directors of said corporation, as his/her free and voluntary act, and as the free and voluntary act and Deed of said corporation, for the uses and purposes therein set forth.

OFFICIAL SEAL
KRISTIN M SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/08/12

APPROVED MAPPING & PLATTING
SUBJECT TO ZONING REGULATIONS
5.27.11 Director

Given under my hand and seal on this
24th day of May, 2011

Notary Public

This Deed was prepared by August R. Butera, The Private Sales Corporation, One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650.

Exempt under provision of Paragraph L, Section 31-45 of the Real Estate Transfer Tax Law (35 ILCS 200/31-

45).

5-25-14

Date

Buyer, Seller or Representative

Grantor's Name and Address:
**THE PRIVATE SALES CORPORATION**
One South Wacker Drive, 24th Floor
Chicago, Illinois 60606-4650
(312)236-SALE

Grantee's Name and Address and mail tax bills to:
FEDERAL NATIONAL MORTGAGE ASSOCIATION, by assignment
P.O. Box 650043
Dallas , TX, 75265

Contact Name and Address:

| | |
|---|---|
| Contact: | James Tiegen |
| Address: | One South Wacker Dr. Suite 1400<br>Chicago, IL 60606 |
| Telephone: | 312-368-6200 |

Mail To:
CODILIS & ASSOCIATES, P.C.
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, IL,60527
(630) 794-5300
Att. No.
File No. 14-09-33179

IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

ONEWEST BANK, FSB
Plaintiff,
-v.-
GERALD HAWTHORNE, et al
Defendant

10 CH 00491

FILED
ST. CLAIR COUNTY
MAY 19 2011
13 CIRCUIT CLERK

ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE AND ORDER OF POSSESSION

This cause comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

LOT 34 OF WOODFIELD LAKE ESTATES 1ST ADDITION, REFERENCE BEING HAD TO THE PLAT THEREOF RECORDED IN THE RECORDER'S OFFICE OF ST. CLAIR COUNTY, ILLINOIS IN BOOK OF PLATS 105 ON PAGE 5, SITUATED IN ST. CLAIR COUNTY, ILLINOIS.

Commonly known as 3521 STEINBERG FARM ROAD, BELLEVILLE, IL 62226

Property Index No. 08-10-0-205-016.

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That the Private Sales Corporation, hereinafter "Selling Officer," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Selling Officer are hereby approved, ratified, and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

That upon request by the successful bidder, including any insurers, investors, and agents of Plaintiff and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Selling Officer shall execute and deliver to the successful bidder or assignee a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

| | |
|---|---|
| Grantee or Mortgagee: | Federal National Mortgage Association |
| Contact: | James Tiegen |
| Address: | One South Wacker Dr. Suite 1400<br>Chicago, IL 60606 |
| Telephone Number: | (312) 368-6200 |

IT IS FURTHER ORDERED:

That the successful bidder, including any insurers, investors, and agents of Plaintiff is entitled to and shall have possession of the premises as of a date 30 days ( ) after entry of this Order, without further Order of Court, as provided in 735 ILCS 5/15 – 1701;

That the Sheriff of St. Clair County is directed to evict and dispossess GERALD HAWTHORNE, KIM DOWNS A/K/A KIM HAWTHORNE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., QUICKEN LOANS, INC., LEVEL IT EXCAVATING, INC., WOODFIELD LAKE ESTATES ASSOCIATION, ARROW FINANCIAL SERVICES, LLC from the premises commonly known as 3521 STEINBERG FARM ROAD, BELLEVILLE, IL, 62226

IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

FILED
ST. CLAIR COUNTY
MAY 19 2011
13 CIRCUIT CLERK

Date: MAY 19 2011

ENTER:

Judge

CODILIS & ASSOCIATES, P.C.
15W030 NORTH FRONTAGE ROAD, SUITE 100
BURR RIDGE, IL 60527
(630) 794-5300
Attorney File No. 14-09-33179
Attorney ARDC No. 00468002

Case Number: 10 CH 00491