**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRIC OF ILLINOIS**

| | |
|---|---|
| **IN RE:** | |
| KIM DOWNS | Case No. 15-31561 |
| | Chapter 13 |
| DEBTOR, | Judge Laura K. Grandy |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY, PROVISION DIRECTING RESPONSE THERETO, AND SETTING HEARING ON OBJECTIONS, IF ANY**

**TO:** Russell C Simon, Chapter 13 Trustee, 24 Bronze Pointe, Swansea, IL 62226 by electronic notice through ECF
Kim Downs, Pro Se Debtor, 3521 Steinberg Farm Road, Swansea, IL 62226
Gerald Hawthorne, Co-Debtor, 3521 Steinberg Farm Road, Belleville, IL 62226
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

The above-captioned persons shall take notice that a motion or other request to lift the automatic stay in the above-captioned bankruptcy has been electronically transmitted on October 30, 2015, to the U.S. Bankruptcy Court for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. A copy is attached hereto.

Any objection to the attached motion must be filed with the Court on or before the 11/13/2015, with a copy forwarded to moving counsel, **Codilis & Associates, P.C., 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527.**

If no objections to the relief sought are timely filed, the Court will enter an Order granting the motion.

In the event an objection is filed, a preliminary hearing on the motion will be held before the Court at 9:00AM on 11/24/15, at 750 Missouri Avenue, East St. Louis, Illinois 62201.

/s/ MaryAnn Kier
**Attorney for Creditor**

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
MaryAnn G. Kier #59899MO
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-09-33179)**
NOTE: This law firm is a debt collector.